■ M.Y. REALTY CORP., Respondent, v ATLANTIC FIRST FINANCIAL CORP., Appellant. [795 NYS2d 885]—

Order, Supreme Court, New York County (Carol R. Edmead, J.), entered May 19, 2004, which granted plaintiff's motion for summary judgment on its first cause of action for rental arrears and set a hearing for attorneys' fees, and dismissed defendant's affirmative defenses of constructive eviction and its counterclaim for damages, unanimously affirmed, without costs.

The conditions alleged by defendant are not what caused it to vacate the premises (*Zevnik, Horton, Guibord, McGovern, Palmer & Fognani v Sheraton Holding Corp.*, 304 AD2d 455 [2003]; *Cut-Outs, Inc. v Man Yun Real Estate Corp.*, 286 AD2d 258, 262-263 [2001], *lv denied* 100 NY2d 507 [2003]; *see Barash v Pennsylvania Term. Real Estate Corp.*, 26 NY2d 77, 83 [1970]). Further, defendant failed to abandon the premises with reasonable promptness (*Incredible Christmas Store-N.Y. v RCPI Trust*, 307 AD2d 816 [2003]; *cf. Zurel U.S.A. v Magnum Realty Corp.*, 279 AD2d 520 [2001]).

Defendant's challenge to the dismissal of its counterclaim is unpreserved for appeal and, in any event, is without merit. Concur—Mazzarelli, J.P., Andrias, Friedman, Gonzalez and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN PEMBERTON, Appellant. [796 NYS2d 347]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered June 23, 2003, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the second degree, and sentencing him to a term of three years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). In this observation sale case, the evidence warranted the conclusion that the brown paper bag recovered from the buyer's possession, and found to contain drugs, was the same bag defendant had given the buyer after receiving money (*see e.g. People v Bolden*, 6 AD3d 315 [2004], *lv denied* 3 NY3d 637 [2004]). Concur—Mazzarelli, J.P., Andrias, Friedman, Gonzalez and Catterson, JJ.